**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**SYLVIA ANDERSON,**

***Plaintiff,***

**v.** **Case No.: 1:26cv140-MW/MAF**

**JAMES D'AUGUSTE, et al.,**

***Defendants.***
______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. The docket reflects that the report and recommendation was returned as undeliverable on August 17, 2026. *See* ECF No. 6. However, Plaintiff is not in custody, and it is her responsibility to update this Court with her correct mailing address, which she has failed to do. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and for lack of subject matter

jurisdiction." The Clerk shall close the file.

**SO ORDERED on September 4, 2026.**

**s/Mark E. Walker**
**United States District Judge**